ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: February 23, 2016
START: 12:30 p.m.
END: 12:40 pm

DOCKET NO: 15 CV 7257
CASE: Alfaro v. World of Chantilly

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☑ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFFS | ATTORNEY |
|---|---|
|  | Brent Pelton |
|  | Alison Lobar |
|  |  |

| DEFENDANTS |  |
|---|---|
|  | Howard Davis |
|  |  |
|  |  |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiffs' counsel explains that the claims of all plaintiffs other than Flores were withdrawn not because of a settlement (which would have required a Cheeks review) but because each of those four plaintiffs had signed an arbitration agreement, which defendants produced. Plaintiffs' counsel has filed claims in arbitration before the AAA for each of those plaintiffs.