ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: March 15, 2016
START: ~~11:30 a.m.~~ Noon
END: 12:30 pm

DOCKET NO: 15-CV-7257 (PKC)
CASE: Alfaro et al. v. World of Chantilly, Inc. et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Brent Pelton |
|  | Taylor Graham |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Howard Davis |

- [x] FACT DISCOVERY TO BE COMPLETED BY Sept. 15, 2016
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures have been exchanged, except that the parties will produce records of hours and pay by April 15, 2016.

The parties are considering private mediation with the mediator who settled the Sanchez case, 13 cv 3360. A joint status report is due by June 1, 2016.

Pleadings may be amended and new parties added until June 15, 2016.

Requests for a premotion conference are due by September 22, 2016.