

**PELTON GRAHAM LLC**

111 B<small>ROADWAY</small>, S<small>UITE</small> 1503, N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ <small>WWW</small>.P<small>ELTON</small>G<small>RAHAM</small>.<small>COM</small>

**B<small>RENT</small> E. P<small>ELTON</small>, E<small>SQ</small>.**                                                                                                          J<small>ULY</small> 12, 2016
P<small>ELTON</small>@P<small>ELTON</small>G<small>RAHAM</small>.<small>COM</small>

**<u>VIA ECF</u>**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Jorge Alfaro, et al. v. World of Chantilly, et al.*
              <u>Civil Action No. 15 Civ. 7257 (PKC)(RLM)</u>

Dear Judge Mann:

      As you are aware, this firm represents plaintiff Bladimir Flores in the above-referenced action. This letter is submitted on behalf of both plaintiff and defendants (the "Parties") pursuant to Your Honor's April 27, 2016 Order directing the Parties to submit an updated status report.

      The above-referenced matter was filed on December 21, 2015 with five (5) named plaintiffs ("Original Plaintiffs"). On February 22, 2016, four (4) of the Original Plaintiffs voluntarily withdrew their claims and filed claims with the American Arbitration Association pursuant to arbitration agreements. The Parties, consisting of all of the Original Plaintiffs and Defendants engaged in mediation on July 6, 2016. The Parties are pleased to report that all Original Plaintiffs and Defendants have reached an agreement in principle at the mediation. The Original Plaintiffs and Defendants now desire to reduce their agreement to a formal written agreement and to submit the settlement to the Court for approval of the settlement. Therefore, the Parties request the Court's guidance as to how to proceed with seeking Court approval of the settlement on behalf of the Original Plaintiffs.

      Thank you for your attention to this matter.

                                                    Respectfully submitted,

                                                   */s/ Brent E. Pelton*

                                                   Brent E. Pelton, Esq. of
                                                   PELTON GRAHAM LLC

cc:     All Counsel (via ECF)