

**MEISTER SEELIG & FEIN LLP**

ATTORNEYS AT LAW
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com

Howard Davis
*Attorney at Law*
Direct (212) 655-3585
Fax (646) 539-3684
hd@msf-law.com

August 2, 2016

*Via ECF*
The Honorable Roanne L. Mann, U.S.M.J.
United States District Court for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn New York 11201

    Re: *Alfaro, et al. v. World of Chantilly, Inc., et al.*
          **Case No. 15 Civ. 7257 (PKC) (RLM)**

Dear Judge Mann:

We write on behalf of Defendants in the referenced action to request a nine (9) day extension of time to submit the settlement in the referenced action to Your Honor and adjournment of the "Cheeks" hearing for approval of the settlement by the Court as fair and reasonable (the "Hearing").

We have communicated with counsel for the Plaintiffs identified in the captioned action who has represented that we should expect to receive Plaintiffs' executed copies of the agreement this evening by email. Due to Defendants' vacation schedules they will not be able to countersign until early next week.

The Court's Electronic Order entered July 15, 2016 provided that the settlement would be submitted today and the Hearing held tomorrow, Wednesday August 3, 2016, by phone at 11:30 a.m. We respectfully request that the date by which the parties will submit the settlement to the Court be extended to August 11, 2016 and the Hearing held on August 12, 2016 or on a date and time thereafter convenient to the Court.

Plaintiffs have consented to this request.

Respectfully submitted,

*/s/ Howard Davis*
Howard Davis

cc:     Counsel of Record (via ECF)

CONNECTICUT            NEW JERSEY            CALIFORNIA            MASSACHUSETTS