ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: August 3, 2016  
START: 11:30 a.m.  
END: 11:50 am

DOCKET NO: 15-CV-7257 (RLM)

CASE: Alfaro, et al. v. World of Chantilly, Inc., et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Alison Mangiatordi |
|  | Brent Pelton |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Howard Davis |

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic Cheeks hearing. The parties summarize the material terms of the settlement, which relates to the claims of the remaining plaintiff (Flores) and the four plaintiffs whose claims were withdrawn in favor of arbitration back in February 2016. The settlement was reached with the assistance of a private mediator, and the proceeds

will be allocated pro rata among the five plaintiffs and former plaintiffs, according to length of employment and number of hours worked; the attorney's fees are one-third of the proceeds, pursuant to the retainer agreements. The Court concludes that the overall settlement, and the allocation, are fair and reasonable, and that the settlement was reached after arms-length negotiations in which the plaintiffs were personally involved.

The parties' stipulation of discontinuance is due by August 12, 2016.