UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X
JORGE ALFARO, BLADIMIR FLORES,
JOSE ALFARO, ERASTO MORALES, and
LILIAN TORRES, Individually and on
Behalf of All Others Similarly Situated,

                      Case No. 15CV7257 (RLM)

                     Plaintiffs,

    -against-

WORLD OF CHANTILLY, INC.,
CHAMBORD LLC, FAKS REALTY
CORP., IBRAHIM FAKS a/k/a ALBERTO
FAKS, FREDERICK FAKS, and DANIEL
FAKS, Jointly and Severally,

                     Defendants.
───────────────────────────────X

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, plaintiffs identified in the caption above, Bladimir Flores ("Flores"), Jorge Alfaro ("Jorge"), Jose Alfaro ("Jose"), Erasto Morales ("Morales") and Lilian Torres ("Torres") (Flores, Jorge, Jose, Morales and Torres are collectively referred to herein as "Plaintiffs") filed the within action (the "Lawsuit"), alleging wage and hour violations by Defendants pursuant to federal and state law (the "Claims");

WHEREAS, Plaintiffs Jorge, Jose, Morales and Torres withdrew their Claims from the within Lawsuit and reasserted their Claims in four (4) separate arbitrations with the American Arbitration Association ("AAA"), identified by AAA numbers 01-16-0000-5701, 01-16-0000-5741, 01-16-0000-5723, and 01-16-0000-5715, respectively (collectively, the "Arbitrations"),

NOW THEREFORE, IT IS HEREBY ORDERED that the Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and

reasonable, the above-captioned Lawsuit be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party except as provided in the Settlement Agreement and Release. Plaintiff Bladimir Flores is barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other state, or local law, for wages, including overtime pay, for the period set forth in the Complaint. The Court retains jurisdiction over the settlement agreement resolving this action.

| | |
|---|---|
| Pelton Graham LLC<br>*Attorneys for Plaintiffs*<br>111 Broadway, Suite 1503<br>New York, New York 10006<br>(212) 385-9700 | Meister Seelig & Fein LLP<br>*Attorneys for all Defendants*<br>125 Park Avenue – 7th Floor<br>New York, New York 10017<br>(212) 655-3500 |
| By: _____<br>     Brent Pelton, Esq. | By: _____<br>     Howard Davis, Esq. |
| Dated: __8/12/16__ | Dated: __8/11/16__ |

SO ORDERED on this _____ day of _____, 2016

_____
Roanne L. Mann, United States Magistrate Judge

[2994-5/5046716/2]